**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**JAMES LOVE**                                                           **PLAINTIFF**

  **VS.**                     **CASE NO.   4:26-CV-00488-BSM**

**KOHLER FAUCET**                                         **DEFENDANT**


**ORDER**


Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 12th day of May, 2026.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK



By:  J. Kornegay
               Deputy Clerk