**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAMES P. LOVE**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 4:26-CV-00488-BSM**

**KOHLER FAUCET**                                                          **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice

IT IS SO ORDERED this 23rd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE